JAY P. SRINIVASAN, State Bar No. 181471
JSrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:  (213) 229-7296
Facsimile:   (213) 229-6296

Attorney for Defendant
ADUPS USA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN MARTINEZ AND JOE MOCNIK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>BLU PRODUCTS, INC., SHANGHAI ADUPS TECHNOLOGY CO., LTD., and ADUPS USA LLC,<br><br>Defendants. | Case No. 2:16-cv-08941-GW-AGR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Current response date: January 3, 2017<br>New response date: February 2, 2017 |

Defendant Adups USA LLC ("Adups USA"), a now-dissolved Delaware limited liability company, and Plaintiffs Darren Martinez and Joe Mocnik ("collectively, "Plaintiffs"), by and through their respective counsel of record, HEREBY STIPULATE and AGREE as follows:

WHEREAS, on December 2, 2016, Plaintiffs filed the Complaint in the above-entitled action in the United States District Court for the Central District of California;

WHEREAS, on December 12, 2016, plaintiffs purported to serve Adups USA with the Complaint and Summons at Adups USA's previously-registered agent for service of process;

WHEREAS, pursuant to the Federal Rules of Civil Procedure, Adups USA's current deadline to respond is January 3, 2017 if the December 12, 2016 attempt at service were effective;

WHEREAS, Adups USA has not previously sought any extension of the time to answer or otherwise respond to the Complaint in this action;

WHEREAS, on December 30, 2016, Adups USA requested and Plaintiffs agreed to extend the time for Adups USA to file its responsive pleading to February 2, 2017;

WHEREAS, Adups USA avers that Adups USA is not making a general appearance through this stipulation, that Adups USA does not waive any rights, claims, or defenses that it currently has, and that Adups USA expressly reserves the right to respond to the Complaint by motion made under any of the grounds listed in Federal Rule of Civil Procedure 12;

WHEREAS, pursuant to Local Rule 8-3, this stipulation "need not be approved by the judge";

NOW, THEREFORE, pursuant to Local Rule 8-3, Plaintiffs and Defendant Adups USA HEREBY STIPULATE and AGREE that Adups USA shall have an extension for filing its responsive pleading until and including February 2, 2017, absent further extension.

IT IS SO STIPULATED.


Dated:      January 3, 2017          JAY P. SRINIVASAN
                                     GIBSON, DUNN & CRUTCHER LLP


                                     By:  /s/ Jay P. Srinivasan
                                              Jay P. Srinivasan

                                     Attorney for Defendant ADUPS USA LLC

Dated:      January 3, 2017

                                     LAURENCE M. ROSEN
                                     THE ROSEN LAW FIRM, P.A.

| | |
|---|---|
| 1 | By: /s/ Laurence M. Rosen* |
| 2 | Laurence M. Rosen |
| 3 | Attorney for Plaintiffs DARREN MARTINEZ AND JOE MOCNIK |

---

\* Pursuant to L.R. 5-4.3.4(a)(2)(i), counsel for Adups USA LLC, Jay P. Srinivasan, certifies that the undersigned counsel has concurred in this filing's content and authorized this filing.

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Los Angeles, California 90071.

On January 3, 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all known counsel of record. I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on January 3, 2017 at Los Angeles, California.

| Jay P. Srinivasan | /s/ Jay P. Srinivasan |
|---|---|
| (Type or Print Name) | (Signature) |