1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MICHAEL J. HASSEN (Bar No. 124823)
2  *mjh@jmbm.com*
   CHRISTOPHER H. DOYLE (Bar No. 190016)
3  *chd@jmbm.com*
   Two Embarcadero Center, 5th Floor
4  San Francisco, California 94111-3813
   Telephone:  (415) 398-8080
5  Facsimile:   (415) 398-5584

6  Attorneys for Defendant BLU
   PRODUCTS, INC.
7

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| | |
|---|---|
| DARREN MARTINEZ AND JOE MOCNIK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLU PRODUCTS, INC.; SHANGHAI ADUPS TECHNOLOGY CO., LTD., and ADUPS USA LLC,<br><br>Defendants. | Case No. 2:16-cv-08941-GW-AGR<br><br>**STIPULATION TO VOLUNTARILY DISMISS BLU PRODUCTS, INC. AND SHANGHAI ADUPS TECHNOLOGY CO., LTD. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>**Ctrm:  9D, 9th Floor<br>Hon. George H. Wu** |

   Defendant Blu Products, Inc. ("Blu Products"), a Delaware corporation, and Plaintiffs Darren Martinez and Joe Mocnik ("collectively, "Plaintiffs"), by and through their respective counsel of record, HEREBY STIPULATE and AGREE as follows:

   WHEREAS, on December 2, 2016, Plaintiffs filed the Complaint in the above-entitled action in the United States District Court for the Central District of California;

   WHEREAS, on December 12, 2016, plaintiffs purported to serve Defendant Blu Products with the Complaint and Summons at Defendant Blu Products' registered agent for service of process;

1    WHEREAS, on January 5, 2017, counsel for Plaintiffs and Defendant Blu
2 Products conferred and agreed that Plaintiffs would extend Blu Products time to
3 respond to the complaint filed in this action (the "Complaint") until February 2,
4 2017;
5    WHEREAS, on February 15, 2017, Plaintiffs filed a Motion for Entry of
6 Default as Defendant Blu Products had failed to respond to the Complaint or confer
7 with counsel to Plaintiffs;
8    WHEREAS, on February 15, 2017, after Plaintiffs filed the Motion for Entry
9 of Default, counsel for Blu Products contacted counsel to Plaintiffs;
10    WHEREAS, on February 16, 2017, Plaintiffs agreed to withdraw the Motion
11 for Entry of Judgment and contemporaneously submit and extension for Blu
12 Products to respond to the Complaint;
13    WHEREAS, on February 17, 2017, the clerk entered an Order of Default
14 prior to the Parties' finalizing the documents necessary to withdraw the Motion for
15 Entry of Judgment and provide Blu Products an extension of time to respond to the
16 Complaint;
17    WHEREAS, the Plaintiffs have agreed to maintain their original agreement to
18 permit Blu Products to answer the complaint, rather than seek default judgment;
19    WHEREAS, Plaintiffs and Blu Products have agreed to achieve their
20 agreement by dismissing this action as to all remaining parties, followed by
21 Plaintiffs refiling of its Complaint;
22    WHEREAS, Shanghai Adups Technology Ltd., Co is a company located in
23 China, and has not been served in this action;
24    NOW, THEREFORE, Plaintiffs and Defendant Blu Products HEREBY
25 STIPULATE and AGREE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules
26 of Civil Procedure, Defendants Blu Products and Shanghai Adups Technology Ltd.
27 Co. are dismissed from this action without prejudice and without assessment of
28 costs or attorneys' fees to Plaintiffs.

1  IT IS SO STIPULATED.

2  DATED: March 28, 2017    JEFFER MANGELS BUTLER &
3                           MITCHELL LLP
                             MICHAEL J. HASSEN*

6                                By: ___/s/ Michael J. Hassen___
7                                      MICHAEL J. HASSEN
                                  Attorneys for Defendant BLU
8                                 PRODUCTS, INC.

9  DATED: March 28, 2017    THE ROSEN LAW FIRM, P.A.
10                          LAURENCE M. ROSEN

13                               By: ___/s/ Laurence M. Rosen___
                                       LAURENCE M. ROSEN
14                                Attorney for Plaintiffs DARREN
                                  MARTINEZ and JOE MOCNIK

---

* Pursuant to L.R. 5-4.3.4(a)(2)(i), counsel for Blu Products, Inc., Michael J. Hassen, certifies that the undersigned counsel has concurred in this filing's content and authorized this filing.