JS-6

JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL J. HASSEN (Bar No. 124823)
*mjh@jmbm.com*
CHRISTOPHER H. DOYLE (Bar No. 190016)
*chd@jmbm.com*
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendant BLU PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DARREN MARTINEZ AND JOE MOCNIK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLU PRODUCTS, INC.; SHANGHAI ADUPS TECHNOLOGY CO., LTD., and ADUPS USA LLC,<br><br>Defendants. | Case No. CV 16-8941-GW(AGRx)<br><br>**ORDER DISMISSING DEFENDANTS BLU PRODUCTS, INC. AND SHANGHAI ADUPS TECHNOLOGY CO., LTD. FROM THIS ACTION WITHOUT PREJUDICE**<br><br>**Ctrm: 9D, 9th Floor**<br>**Hon. George H. Wu** |

Case No. 2:16-cv-08941-GW-AGR
[PROPOSED] ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS BLU PRODUCTS, INC. AND SHANGHAI ADUPS TECHNOLOGY CO., LTD.

1  Good cause having been shown in the Stipulation to Voluntarily Dismiss
2  Defendants Blu Products, Inc. and Shanghai Adups Technology Co., Ltd. Pursuant
3  to Federal Rule of Civil Procedure 41,
4  IT IS HEREBY ORDERED that the default of Defendant Blu Products, Inc.
5  is set aside.
6  IT IS HEREBY ALSO ORDERED that, pursuant to Rule 41(a)(1)(A)(ii) of
7  the Federal Rules of Civil Procedure, the remaining Defendants Blu Products, Inc.
8  and Shanghai Adups Technology Co., Ltd. are hereby dismissed from this action
9  without prejudice and without assessment of costs or attorneys' fees as to Plaintiffs.
10 IT IS FURTHER ORDERED that this action shall be terminated and closed
11 on the docket.
12 IT IS SO ORDERED.

Dated: March 30, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE